UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | **11/17/10** | Docket #: | **10-22530** |
| Debtor: | **John D. Wass** | Co-Debtor: | **Dawn M. Wass** |
| SS#: | **xxx-xx-6323** | SS#: | **xxx-xx-9156** |
| Address: | **41 Lawndale Avenue**<br>**Saugus, MA 01906** | Address: | **41 Lawndale Avenue**<br>**Saugus, MA 01906** |

| | |
|---|---|
| Debtor's Counsel: | **John F. Sommerstein 555521** |
| Address: | **98 North Washington**<br>**Boston, MA 02114** |
| Telephone #: | **(617) 523-7474** |
| Facsimile #: | |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (i) THIRTY (30) DAYS AFTER THE FIRST DATE SET FOR THE SECTION 341 MEETING, OR (ii) THIRTY (30) DAYS AFTER SERVICE OF A MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

# OFFICIAL FORM 3
# PRE-CONFIRMATION CHAPTER 13 PLAN

## CHAPTER 13 PLAN

Docket No.: **10-22530**

DEBTORS:    (H)  **John D. Wass**            SS#  **xxx-xx-6323**

(W)  **Dawn M. Wass**            SS#  **xxx-xx-9156**

I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **175.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☒ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

☐ ____ Months. The Debtor states as reasons therefore:

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Gmac Mortgage** | **Pre-petition arrears** | $ **6,400.00** |

Total of secured claims to be paid through the Plan  $  **6,400.00**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Eastern Bank** | **Purchase money security** |
| **Gmac Mortgage** | **First Mortgage** |
| **Tdbnknorth** | **Purchase money security** |
| **Tdbnknorth** | **Purchase money security** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **Gmac Mortgage** | **Wholly unsecured pursuant to Sec 506 of Code. Second mortgage recorded July 30, 2007at Book 27060, Page 186 of Essex County South Registry of Deeds is avoided. The successful completion of the Debtors plan and a discharge pursuant to Section 1328 shall be deemed a discharge of the mortgage.** | **0.00** |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of **-NONE-** ; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-** .

    iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Department of Revenue** | **Notice purpose only** | $ **0.00** |
| **Internal Revenue Service** | **Notice purpose only** | $ **0.00** |
| | Total of Priority Claims to Be Paid Through the Plan | $ **0.00** |

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ **3,000.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **0** % of their claims.

A. General unsecured claims: $ **180,961.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Gmac Mortgage** | **Wholly unsecured pursuant to Sec 506 of Code. Second mortgage recorded July 30, 2007 at Book 27060, Page 186 of Essex County South Registry of Deeds is avoided. The successful completion of the Debtors plan and a discharge pursuant to Section 1328 shall be deemed a discharge of the mortgage.** | **$44,628.00** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| -NONE- | | $ |

Total of Unsecured Claims (A + B + C):                    $ __225,589.00__

D. Multiply total by percentage:  $ __0.0__
(Example:  Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| -NONE- | | $ |

Total amount of separately classified claims payable at ____%      $ __0.00__

## VI. OTHER PROVISIONS

  A. Liquidation of assets to be used to fund plan:

  B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT

a) Secured claims  (Section II-A&D Total):                                 $ __6,400.00__
b) Priority claims  (Section III-A&B Total):                                $ __0.00__
c) Administrative claims  (Section IV-A&B Total):                       $ __3,000.00__
d) Regular unsecured claims  (Section V-D Total):                       $ __0.00__
e) Separately classified unsecured claims:                                $ __0.00__
f) Total of a + b + c + d + e above:                                        =$ __9,400.00__
g) Divide (f) by .90 for total including Trustee's fee:

                                Cost of Plan=                              $ __10,444.44__

(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g), Cost of Plan, by Term of plan,                                __60__ months
i. Round up to nearest dollar for Monthly Plan Payment:          $ __175.00__

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.
Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **41 Lawndale Avenue**<br>**Saugus, MA 01906** | $ 306,000.00 | $ 439,296.00 |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | **0.00** |
| Less Exemptions (Schedule C): | $ | **0.00** |
| Available Chapter 7: | $ | **0.00** |

B. Automobile (Describe year, make and model):

| | | | | | |
|---|---|---|---|---|---|
| **2007 Mercurey Montego** | Value $ | **7,000.00** Lien $ | **7,204.00** Exemption $ | **0.00** |
| **2004 Volvo** | Value $ | **9,000.00** Lien $ | **10,971.00** Exemption $ | **0.00** |
| **2002 S-80 Volvo (son's car)** | Value $ | **1,000.00** Lien $ | **1,431.00** Exemption $ | **0.00** |
| **2000 Ford Ranger XLT - unregistered** | Value $ | **1,500.00** Lien $ | **0.00** Exemption $ | **1,500.00** |
| **1998 QX4 Infiniti - unregistered** | Value $ | **1,000.00** Lien $ | **0.00** Exemption $ | **1,000.00** |

| | | |
|---|---|---|
| Total Net Equity: | $ | **2,500.00** |
| Less Total Exemptions (Schedule C): | $ | **2,500.00** |
| Available Chapter 7: | $ | **0.00** |

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

**on person**
**Saugus Fed C.U.**
**household furnsihnings**
**wearing apparel**
**wedding bands**
**Life Insurance policies through work- no cash surrender value**
**Pension through former job**
**401 k through work**
**5-6 penny stocks - aggregate value**
**misc. power tools**

| | | |
|---|---|---|
| Total Net Value: | $ | **233,276.00** |
| Less Total Exemptions (Schedule C): | $ | **233,276.00** |
| Available Chapter 7: | $ | **0.00** |

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:    $    **0.00**

E. Additional Comments regarding Liquidation Analysis:


IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

| | |
|---|---|
| **/s/ John F. Sommerstein** | **December 15, 2010** |
| **John F. Sommerstein 555521** | Date |
| Debtor's Attorney | |
| Attorney's Address: **98 North Washington** | |
|    **Boston, MA 02114** | |
|    Tel. #:   **(617) 523-7474** | |
|    Email Address: | |

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date **December 15, 2010**        Signature **/s/ John D. Wass**
                                            **John D. Wass**
                                            Debtor

Date **December 15, 2010**        Signature **/s/ Dawn M. Wass**
                                            **Dawn M. Wass**
                                            Joint Debtor

Aes/Mru
Po Box 2461
Harrisburg, PA 17105

Amex
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Bk Of Amer
P.O. Box 7047
Dover, DE 19903

Chase
Po Box 15298
Wilmington, DE 19850

Chase
201 N Walnut Street  Mailstop De1-1027
Wilmington, DE 19801

Chase
201 N. Walnut Street
Wilmington, DE 19801

Citi
P.O. Box 6500  C/O Citi Corp
Sioux Falls, SD 57117-6500

Crdt First
6275 Eastland Road
Brook Park, OH 44142-1399

Delta Community Credit
Po Box 20541
Atlanta, GA 30320

Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Eastern Bank
125 Washington St
Salem, MA 01970

Fia Csna
P.O. Box 17054
Wilmington, DE 19884

Gdyr/Cbsd
Citicorp Credit Svc
Cenrtalized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Gemb/Gap
Po Box 981400
El Paso, TX 79998

Gemb/Lowes
Lowes
GE Money
P.O. Box 103104
Roswell, GA 30076

Gemb/Old Navy
Po Box 981400
El Paso, TX 79998

Gmac Mortgage
Po Box 4622
Waterloo, IA 50704

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702

Hsbc/Bstby
HSBC Retail Svc
Attn: Bankruptcy
P.O. Box 5263
Carol Stream, IL 60197

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Karen Siafakas
43 Serino Way
Saugus, MA 01906

Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Sallie Mae
1002 Arthur Drive  Po# Smi-0000013421
Lynn Haven, FL 32444

Sears/Cbsd
133200 Smith Rd
Cleveland, OH 44130

Talbots
175 Beal St
Hingham, MA 02043

Tdbnknorth
32 Chestnut Street  Region 178
Lewiston, ME 04240

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Wfnnb/Fashion Bug
4590 E Broad St
Columbus, OH 43213

Wfnnb/The Avenue
Po Box 2974
Shawnee Mission, KS 66201

Wfnnb/Vs
Po Box 182128
Columbus, OH 43218-2128

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:
John and Dawn Wass,

Chapter 13
Case No: 10-22530

Debtor(s)

### CERTIFICATE OF SERVICE

I hereby certify that I served the **Plan Cover Sheet and Chapter 13 Plan** to the parties listed below or on the attached service list by sending copies of the same postage pre-paid, first class mail on December 15, 2010 or via the Court's ECF system on those parties entitled to service electronically on the date the plan was filed with the Court.

/s/ John F. Sommerstein
John F. Sommerstein